UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | : | <u>O R D E R</u> |
|  | : |  |
| v. | : | Case No. 9cr809(DMC) |
| RICHARD LOVE | : |  |

   This matter having come before the Court on a motion by Richard Love, defendant, for a request for transcripts; and the defendant having failed to provide the court with the appropriate authority; and

   For good cause shown;

   It is on this 18th day of July 2011  ORDERED that the motion to receive copies of transcripts is hereby Denied.

            /S/ DENNIS M. CAVANAUGH
            Dennis M. Cavanaugh, U.S.D.J.